JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GENESIS COMPUTER SYSTEMS, INC., a California corporation, and SHAFAYAT DEWAN, an individual,<br><br>Defendants. | Case No. 8:17-cv-01416-CJC-KES<br><br>**STIPULATED PERMANENT INJUNCTION** |

DAVIS WRIGHT TREMAINE LLP

1

STIPULATED PERMANENT INJUNCTION
Case No. 8:17-cv-01416-CJC-KES

Plaintiff Microsoft Corporation and Defendants Genesis Computer Systems, Inc., ("Genesis") and Shafayat Dewan ("Dewan") by and through their respective counsel of record, hereby stipulate and agree to entry of the permanent injunction below.

*All signatories listed concur in the filing's content and have authorized this filing.*

DATED: May 10, 2018

DAVIS WRIGHT TREMAINE LLP
BONNIE E. MACNAUGHTON
ANNA R. BUONO
JAMES H. WENDELL

By:/s/ _____
Bonnie E. MacNaughton

Attorneys for Plaintiff
MICROSOFT CORPORATION

VEATCH CARLSON, LLP
KEVIN R. LUSSIER
KIM D. ASHLEY

By:/s/ _____
Kevin R. Lussier

Attorneys for Defendants
GENESIS COMPUTER SYSTEMS, INC.
and SHAFAYAT DEWAN

2

STIPULATED PERMANENT
INJUNCTION
Case No. 8:17-cv-01416-CJC-KES

DAVIS WRIGHT TREMAINE LLP

## PERMANENT INJUNCTION

Pursuant to the above stipulation of the parties, IT IS HEREBY ORDERED that Defendants Genesis and Dewan and their directors, principals, officers, employees, agents, successors and assigns are enjoined and restrained from:

1.    Copying or making any other infringing use or infringing distribution of Microsoft's software and other intellectual property, including product activation keys decoupled from their original licensed software;

2.    Manufacturing, assembling, producing, distributing, offering for distribution, circulating, selling, offering for sale, advertising, importing, promoting or displaying any Microsoft software or other intellectual property bearing any simulation, reproduction, counterfeit, copy, or colorable imitation of any of Microsoft's registered trademarks, service marks, or copyrights, except as permitted by law or as otherwise authorized or allowed by Microsoft;

3.    Using any simulation, reproduction, counterfeit, copy, or colorable imitation of Microsoft's registered trademarks, service marks or copyrights in connection with the manufacture, assembly, production, distribution, offering for distributing, circulation, sale, offering for sale, import, advertisement, promotion, or display of any software, component, and/or other item not authorized or licensed by Microsoft;

4.    Using any false designation of origin or false or misleading description or false or misleading representation that can or is likely to lead the trade or public or individuals erroneously to believe that any software, component, and/or other item has been manufactured, assembled, produced, distributed, displayed, licensed, sponsored, approved or authorized by or for Microsoft, when such is not true in fact;

5.    Engaging in any other activity constituting an infringement of any of Microsoft's trademarks, services marks, and/or copyrights, or of Microsoft's rights in, or right to use or to exploit, such trademarks, services marks and/or copyrights; and/or

_DAVIS WRIGHT TREMAINE LLP_

3

STIPULATED PERMANENT
INJUNCTION
Case No. 8:17-cv-01416-CJC-KES

6.     Assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities listed above.

DATED THIS ___14th___ day of ___May___, 2018.

_____
Cormac J. Carney
UNITED STATES DISTRICT JUDGE

DAVIS WRIGHT TREMAINE LLP

4

STIPULATED PERMANENT
INJUNCTION
Case No. 8:17-cv-01416-CJC-KES